IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00251-M-RN-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KARIM BROWN,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed[1] Motion to Accept Pretrial Motion Outside Deadline [DE 95]. The motion is GRANTED. The Defendant may file a reply brief in support of the pending motion to sever (DE 93) on or before November 27, 2024.

SO ORDERED this 20th day of November, 2024.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *See* United States' response brief. DE 96 at 2.