IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00251-M-2

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| KARIM BROWN, | |
| Defendant. | |

This matter comes before the court on Defendant's Motion to Sever Robbery Charges from co-Defendant Shiheem Brown's Drug and Firearm Offenses at Trial [DE 93]. Specifically, Defendant "requests that the four robberies with related charges against him and his co-defendant be severed from his co-defendant's drug and firearm offenses at trial." *Id.* On December 11, 2024, Defendant Shiheem Octavius Brown entered a guilty plea to certain charges against him. As trial will not be held on the charges Defendant challenges in this matter, Defendant's request for relief has been rendered moot.

Accordingly, Defendant's motion to sever charges [DE 93] is DENIED.

SO ORDERED this 11th day of December, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE