UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-251-2M

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| KARIM BROWN | ) | |
| Defendant. | ) | |

In order that trial activities may continue without interruption, the court has directed the

deputy clerk to provide lunch for the jurors on Tuesday, April 29, 2025 (DAY 2). The cost of these

meals totals $138.92, plus tip in the amount of $15.00 for a total of $153.92. The clerk is DIRECTED

to pay **Domino's Pizza** the sum of $153.92 using the Court's purchase credit card.

SO ORDERED this the 29th day of April, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE