UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CR-251-2M

UNITED STATES OF AMERICA )
               Plaintiff )
)
VS. )
) ORDER
)
KARIM BROWN )
               Defendant. )

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors on Thursday, May 1, 2025 (DAY 4). The cost of these meals totals $210.00. The clerk is DIRECTED to pay **Jersey Mike's** the sum of $210.00 using the Court's purchase credit card.

SO ORDERED this the 2 day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE